# Exhibit D

# CONFIDENTIAL
# SETTLEMENT AGREEMENT AND
# GENERAL RELEASE OF ALL CLAIMS









Dated: June __, 2018       _____
    Monika Roots

Teladoc, Inc.

Dated: June __, 2018       _____
By: _____
Its: _____