# Exhibit F

# 2019 ANNUAL REPORT

## ENTITY INFORMATION

**ENTITY NAME:** TELADOC BEHAVIORAL HEALTH ARIZONA, P.C.
**ENTITY ID:** 21020083
**ENTITY TYPE:** Domestic Professional Corporation
**CHARACTER OF BUSINESS:** BEHAVIORAL AND MENTAL HEALTH SERVICES
**AUTHORIZED SHARES:** Share Class: Common Share Series: Share Total: 100
**ISSUED SHARES:** Share Class: COMMON Share Series: Share Total: 100

## STATUTORY AGENT INFORMATION

**STATUTORY AGENT NAME:** CORPORATION SERVICE COMPANY
**PHYSICAL ADDRESS:** 8825 N 23rd Avenue, Suite 100, PHOENIX, AZ 85021
**MAILING ADDRESS:**

## KNOWN PLACE OF BUSINESS

8825 N 23rd Avenue, Suite 100, PHOENIX, AZ 85021

## PRINCIPAL OFFICE ADDRESS

## PRINCIPAL INFORMATION

Director: MONIKA ROOTS - 3140 OXFORD RD, MADISON, WI 53705, USA - - Date of Taking Office: 06/21/2016
President: MONIKA ROOTS - 3140 OXFORD RD, MADISON, WI 53705, USA - - Date of Taking Office: 06/21/2016
Shareholder: MONIKA ROOTS - 3140 OXFORD RD, MADISON, WI 53705, USA - - Date of Taking Office:

## SIGNATURE

President: Monika Roots - 06/24/2019

## FELONY JUDGEMENT QUESTIONS

Has any person (a) who is currently an officer, director, trustee, or incorporator, or (b) who controls or holds over ten per cent of the issued and outstanding common shares or ten percent of any other proprietary, beneficial or membership interest in the corporation been:

Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any   NO
state or federal jurisdiction within the seven-year period immediately preceding the signing

of this certificate?

**Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the seven-year period immediately preceding the signing of this certificate?**   NO

**Subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven-year period immediately preceding the signing of this certificate, involving any of the following:**   NO
   **The violation of fraud or registration provisions of the securities laws of that jurisdiction;**
   **The violation of the consumer fraud laws of that jurisdiction;**
   **The violation of the antitrust or restraint of trade laws of that jurisdiction?**

## BANKRUPTCY QUESTION

Has any person (a) who is currently an officer, director, trustee, incorporator, or (b) who controls or holds over twenty per cent of the issued and outstanding common shares or twenty per cent of any other proprietary, beneficial or membership interest in the corporation, served in any such capacity or held a twenty per cent interest in *any other corporation* (not the one filing this Certificate) on the bankruptcy or receivership *of the other corporation*?   NO



### The Commonwealth of Massachusetts
### William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

**Minimum Fee: $100.00**

## Annual Report - Professional
(General Laws, Chapter 156D, Section 16.22; 950 CMR 113.57)

**Identification Number:** 001168772

**1. Exact name of the corporation:** TELADOC BEHAVIORAL HEALTH MASSACHUSETTS, P.C.

**2. Jurisdiction of Incorporation:** State: MA  Country:

**3,4. Street address of the corporation registered office in the commonwealth and the name of the registered agent at that office:**
Name: CORPORATION SERVICE COMPANY
No. and Street: 84 STATE ST.
City or Town: BOSTON   State: MA   Zip: 02109   Country: USA

**5. Street address of the corporation's principal office:**
No. and Street: 1945 LAKEPOINTE DR.
City or Town: LEWISVILLE   State: TX   Zip: 75057   Country: USA

**6. Provide the name and addresses of the corporation's board of directors and its president, treasurer, secretary, and if different, its chief executive officer and chief financial officer.**

| Title | Individual Name (First, Middle, Last, Suffix) | Address (no PO Box) (Address, City or Town, State, Zip Code) |
|---|---|---|
| PRESIDENT | DR. MONIKA ROOTS | 289 PEARL ST., #3 CAMBRIDGE, MA 02139 USA |
| TREASURER | DR. MONIKA ROOTS | 289 PEARL ST., #3 CAMBRIDGE, MA 02139 USA |
| SECRETARY | DR. MONIKA ROOTS | 289 PEARL ST., #3 CAMBRIDGE, MA 02139 USA |
| VICE PRESIDENT | DR. MONIKA ROOTS | 289 PEARL ST., #3 CAMBRIDGE, MA 02139 USA |
| DIRECTOR | DR. MONIKA ROOTS | 289 PEARL ST., #3 CAMBRIDGE, MA 02139 USA |

**7. Briefly describe the business of the corporation:**

MEDICAL SERVICES

**8. Capital stock of each class and series:**

| Class of Stock | Par Value Per Share Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments | | Total Issued and Outstanding |
|---|---|---|---|---|
| | | Num of Shares | Total Par Value | Num of Shares |
| CWP | $0.10000 | 100 | $10.00 | 100 |

| | |
|---|---|
| **9. Check here if the stock of the corporation is publicly traded:** __ | |
| **10. Report is filed for fiscal year ending:** 12/31/ <u>2018</u> | |
| **11. The names and residential addresses of all *shareholders*, whether individuals, partners, or Business Entities are:** | |

| Name | Address (no PO Box) |
|---|---|
| | Address, City or Town, State, Zip Code |
| DR. MONIKA ROOTS | 289 PEARL ST., #3<br>CAMBRIDGE, MA 02139 USA |

**I, <u>DR. MONIKA ROOTS</u> , its <u>PRESIDENT</u>**

**the undersigned, hereby certify, pursuant to Massachusetts General Laws, Chapter 156A, Section 18, that the above-listed shareholders, and all the partners of a general partnership which is a shareholder of the business entity, are duly licensed to render one or more professional services for which the business entity was organized, or are professional business entities authorized to render such professional services, and that a copy of this report is being sent to the appropriate regulatory board. I hereto sign my name on this 6 Day of March, 2019.**

© 2001 - 2019 Commonwealth of Massachusetts
All Rights Reserved



| | State of Rhode Island and Providence Plantations<br>Office of the Secretary of State | Fee: $50.00 |
|---|---|---|
| | Division Of Business Services<br>148 W. River Street<br>Providence RI 02904-2615<br>(401) 222-3040 | |

**Professional Corporation**
**Annual Report**
*Filing Period: January 1 - March 1*

*In accordance with R.I.G.L. 7-1.2-1501(e), each corporation failing or refusing to file its annual report within thirty (30) days after the time prescribed by law (R.I.G.L. 7-1.2-1501 (c&d)) is subject to a penalty fee of $25.00.*

| ANNUAL REPORT YEAR: 2019 |
|---|

| 1. Corporate ID No.    001339485 |
|---|

| 2. Name of Corporation   Teladoc Behavioral Health Rhode Island, P.C. |
|---|

**3. Street Address Principal Business Office:**

| No. and Street: | 1945 LAKEPOINTE DRIVE | | | | |
|---|---|---|---|---|---|
| City or Town: | LEWISVILLE | State: TX | Zip: 75057 | Country: USA |

**4. Business Phone No.**

469-458-7503

**5. State of Incorporation**

State: RI

### ARTICLE III

Enter the six digit NAICS Code that best describes the primary business conducted by the entity. Download the list of codes here. More information on NAICS can be found online.

621112

**6. Brief Description of the Character of Business Conducted in Rhode Island**

BEHAVIORAL AND MENTAL HEALTH SERVICES

**7. Names and Addresses of the Officers and Directors:**

**All officers and directors must be listed. If officers and/or directors have been elected, the title Incorporator is no longer applicable; please delete.**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address<br>Address, City or Town, State, Zip Code, Country |
|---|---|---|
| DIRECTOR | DR MONIKA ROOTS | 289 PEARL STREET #3<br>CAMBRIDGE, MA 02139 USA |

| | | |
|---|---|---|
| PRESIDENT | DR. MONIKA ROOTS | 289 PEARL STREET #3<br>CAMBRIDGE, MA 02139 USA |
| SECRETARY | DR MONIKA ROOTS | 289 PEARL STREET #3<br>CAMBRIDGE, MA 02139 USA |

**8. Shares Authorized and Issued**

| Class of Stock | Series of Stock | Par Value Per Share | Total Authorized Shares<br>*Number of Shares* | Total Issued and Outstanding<br>*Num of Shares* |
|---|---|---|---|---|
| STK | | $0.0100 | 100.00 | 100 |

**9. This report must be executed on behalf of the corporation by an authorized representative. If the corporation is in the hands of a receiver or trustee, this report must be executed on behalf of the corporation by the receiver or trustee.**

**Signed this 1 Day of March, 2019 at 5:53:18 PM.** *This electronic signature of the individual or individuals signing this instrument constitutes the affirmation or acknowledgement of the signatory, under penalties of perjury, that this instrument is that individual's act and deed or the act and deed of the corporation, and that the facts stated herein are true, as of the date of the electronic filing, in compliance with R.I. Gen. Laws § 7-1.2.*

By   DR. MONIKA ROOTS
     Signature of Authorized Representative of the Corporation

Form No. 630
Revised 09/07

© 2007 - 2019 State of Rhode Island and Providence Plantations
All Rights Reserved