IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Monika Roots, M.D.,<br><br>　　Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>Teladoc Health, Inc.,<br><br>　　Defendant and Counterclaim Plaintiff. | Case No.: 19-cv-567<br><br>**MOTION TO DISMISS COUNTERCLAIMS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)** |

　　Counterclaim Defendant Dr. Monika Roots, by and through her undersigned attorneys, Dorsey & Whitney LLP, respectfully moves for dismissal of Defendant Teladoc Health, Inc.'s Counterclaims pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

　　The motion is based on the Counterclaim Defendants' memorandum of law and accompanying exhibit and declaration, as well as all other exhibits, files, records, and proceedings in this matter.

Dated:  October 4, 2019　　　　　　DORSEY & WHITNEY LLP

　　　　　　　　　　　　　　　　　　By __s/ Thomas Swigert_____

　　　　　　　　　　　　　　　　　　Thomas Swigert (MN #0266309)
　　　　　　　　　　　　　　　　　　(admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　swigert.tom@dorsey.com
　　　　　　　　　　　　　　　　　　Kirsten Schubert (MN #0388396)

1

(admitted *pro hac vice*)
schubert.kirsten@dorsey.com
Jack Huerter (WI #1098170)
huerter.jack@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 492-6653

*Attorneys for Monika Roots, M.D.*

2