# Exhibit 1

REDACTED

Hi Sam,

███████████████████████████████████████████████████████████

████████████████████████

I hope you have a happy New Year and that we continue to cross paths in 2019 (though, for our clients' sakes, hopefully not on this matter).

**Sarah J. Platt | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Pabst Boiler House, 1243 North 10th Street, Suite 200 | Milwaukee, WI 53205 | Telephone: 414-239-6416 | Fax: 414-755-8289

sarah.platt@ogletree.com | www.ogletree.com | Bio

**From:** Sam Strauss <Sam@turkestrauss.com>
**Sent:** Thursday, December 20, 2018 1:22 PM
**To:** Platt, Sarah J. <sarah.platt@ogletreedeakins.com>
**Subject:** Re: Sanvello Health | Monika Roots [ODNSS-OGL.053535.000005]

Yes, she has been offered the position.

Thanks.

Sam

---

**From:** Platt, Sarah J. <sarah.platt@ogletree.com>
**Sent:** Thursday, December 20, 2018 1:50 PM
**To:** Sam Strauss
**Subject:** RE: Sanvello Health | Monika Roots [ODNSS-OGL.053535.000005]

Thanks, Sam.  I will get this over to Teladoc today.

Do you know if Dr. Roots has been offered the position?

I hope you are having a great holiday season.

**Sarah J. Platt | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Pabst Boiler House, 1243 North 10th Street, Suite 200 | Milwaukee, WI 53205 | Telephone: 414-239-6416
| Fax: 414-755-8289
sarah.platt@ogletree.com |www.ogletree.com |Bio

**From:** Sam Strauss <Sam@turkestrauss.com>
**Sent:** Thursday, December 20, 2018 11:49 AM
**To:** Platt, Sarah J. <sarah.platt@ogletreedeakins.com>
**Subject:** Sanvello Health | Monika Roots

Good morning, Sarah:

I hope this email finds you well.

Attached, please find the job discription associated with Dr. Roots' potential position with United Healthcare.

████████████████████████████████████████████
██████████████████████████

Should you have any questions, please do not hesitate to reach out.

I hope our paths cross again in the New Year.

Sam

Sent via iPhone, please excuse errors.

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*