# EXHIBIT 1

**From:** Salerno, Matthew (NY) <matthew.salerno@lw.com>
**Sent:** Thursday, October 3, 2019 2:56 PM
**To:** huerter.jack@dorsey.com; schubert.kirsten@dorsey.com; Swigert.Tom@dorsey.com
**Cc:** szylstra@boardmanclark.com; Walch, Matthew (CH) <MATTHEW.WALCH@lw.com>; Clark, Christopher (NY) <Chris.Clark@lw.com>
**Subject:** RE: Roots v. Teladoc - Proposed Stipulation and Protective Order

Jack,

Checking in on the below, please let us know if you have comments on the proposed stipulation and protective order.

Best,
Matt

**Matthew S. Salerno**

**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834
Direct Dial: +1.212.906.4738
Fax: +1.212.751.4864
Email: matthew.salerno@lw.com
https://www.lw.com

**From:** Salerno, Matthew (NY)
**Sent:** Wednesday, September 25, 2019 5:43 PM
**To:** 'huerter.jack@dorsey.com' <huerter.jack@dorsey.com>; schubert.kirsten@dorsey.com; Swigert.Tom@dorsey.com **Cc:** szylstra@boardmanclark.com; Walch, Matthew (CH) <MATTHEW.WALCH@lw.com>; Clark, Christopher (NY) <Chris.Clark@lw.com>
**Subject:** Roots v. Teladoc - Proposed Stipulation and Protective Order

Dear Counsel:

Please find attached a draft proposed stipulation and protective order for review.

Please let us know if you have any questions and we are happy to discuss.

Best,
Matt

**Matthew S. Salerno**

**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834
Direct Dial: +1.212.906.4738
Fax: +1.212.751.4864
Email: matthew.salerno@lw.com
https://www.lw.com